LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17ᵀᴴ FLOOR
NEW YORK, NEW YORK 10038-5077

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACH SEGAL
zsegal@landklaw.com

EMILY GOLUB
    of counsel
emilygolublaw@gmail.com

*   ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444



**Via ECF**

August 2, 2022

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Roman Kitroser,
      15 Cr. 19 (KPF)

Dear Judge Failla:

I represent Roman Kitroser in the above-titled case. Copied herein is the attorney for the Government, Adam Hobson. Our associate Zach Segal spoke with Mr. Hobson today to discuss a proposed scheduling order for the Court's consideration. With the Court's approval the Government will have one month from the time the scheduling order is docketed to respond and we will reply within 14 days following receipt of the Government's response. Thank you for considering this proposed scheduling order.

Respectfully,

Richard Levitt

cc: Assistant United States Attorney Adam Hobson (adam.hobson@usdoj.gov)

```
Application GRANTED.  The Government shall respond to Defendant's
motion to reduce his sentence on or before September 2, 2022.
Defendant's reply shall be due September 16, 2022.  The Clerk of Court
is directed to terminate the pending motion at docket number 163.
```

```
Dated:   August 3, 2022          SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE